FILED

JAN 11 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**ELMORE S. WELCH,**

**Plaintiff,**

**v.**

**JEFFREY ATKINS and ANN McCAMEY,**

**Defendants.**

CASE NUMBER 1:07CV00057

JUDGE: Richard W. Roberts

DECK TYPE: Civil Rights (non-employm

DATE STAMP: 01/11/2007

**ORDER**

Plaintiff, proceeding pro se, has filed a complaint which, liberally construed, alleges that the Defendants, clerks to the United States Supreme Court, violated 28 U.S.C. 1983 in connection with his petition for certiorari.[1] For the reasons set forth below, this Court, acting *sua sponte,* transfers this action to the United States District Court for the District of Columbia.

Venue for actions brought under 42 U.S.C. § 1983 is governed by 28 U.S.C. § 1391(b), which provides:

> A civil action wherein jurisdiction is not founded solely on diversity of citizenship may, except as otherwise provided by law, be brought only in (1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a

[1] This Court notes that "[p]ro se pleadings are held to a less stringent standard than pleadings drafted by attorneys and will, therefore, be liberally construed." Tannenbaum v. United States, 148 F.3d 1262, 1263 (11th Cir. 1998). Mr. Welch's complaint describes his legal claim as "The Guide for Prospective Indigent Petitioners for Writ of Certiorari to be filed with the Petition,-Under Rule 33.2 and 34." Essentially, the Plaintiff alleges that the Defendants failed to accept his properly formatted documents submitted to the Supreme Court in violation of the Court's rules (Doc. 1-2 at 1-7). This Court does not address the merits of the Plaintiff's claim.





> substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought.

28 U.S.C. § 1391(b). Additionally, 28 U.S.C. § 1404(a) provides that "[f]or the convenience of the parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or divisions where it might have been brought." The decision to transfer a case is within the discretion of the trial court and is reviewable only for an abuse of discretion. Roofing & Sheet Metal Serv., Inc. v. La Quinta Motor Inns, Inc., 689 F.2d 982 (11th Cir. 1982). A court may raise the issue of venue *sua sponte* and transfer the case without a hearing. Lipofsky v. New York State Workers Comp. Bd., 861 F.2d 1257 (11th Cir. 1988).

This Court finds that because the alleged events or omissions which give rise to this claim, including any witnesses or evidence, are located in Washington, D.C., the proper venue for the Plaintiff's action is in the United States District Court for the District of Columbia.

IT IS ORDERED this 4th day of January, 2007, that the above-entitled action, BE and the SAME HEREBY IS transferred to the United States District Court for the District of Columbia, 333 Constitution Ave, N.W., Washington, DC, 20001.

IT IS FURTHER ORDERED:

1. That the Clerk of this Court shall forward the record of these proceedings to the United States District Court for the District of Columbia; and

2. That the Clerk of this Court shall forward a copy of this Order to pro se Plaintiff and the Defendants.

**DONE** and **ORDERED** this 4th day of January, 2007.

**/S/ Kristi K. DuBose**
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

CLOSED2007

**U.S. District Court**
**Southern District of Alabama (Mobile)**
**CIVIL DOCKET FOR CASE #: 1:06-cv-00822-KD-B**
**Internal Use Only**

Welch v. Atkins et al
Assigned to: Judge Kristi K. DuBose
Referred to: Magistrate Judge Sonja F. Bivins
Cause: 42:1983 Civil Rights Act

Date Filed: 11/29/2006
Date Terminated: 01/05/2007
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Elmore S. Welch, Jr.**

represented by **Elmore S. Welch, Jr.**
141 1/2 Carver Avenue
Atmore, AL 36502
PRO SE

V.

**Defendant**

**Jeffrey Atkins**

**Defendant**

**Ann McCamey**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/29/2006 | 1 | 1983 COMPLAINT against Jeffrey Atkins, Ann McCamey , filed by Elmore S. Welch, Jr.(cmj, ) Additional attachment(s) added on 11/30/2006 (cmj, ). (Entered: 11/30/2006) |
| 11/29/2006 | 2 | Filing fee: $ 350.00, receipt number 5119 (cmj, ) (Entered: 11/30/2006) |
| 11/30/2006 | 3 | Summons Issued as to Jeffrey Atkins, Ann McCamey and mailed to Elmore Welch with a note as to how to serve defendants and requesting complete address on summons (cmj, ) (Entered: 11/30/2006) |
| 12/13/2006 | 4 | RETURN OF SERVICE of summons (one summons has green card attached - the other does not) (maybe pro se plaintiff mailed them together) served 12/8/06 (Attachments: # 1 return - atkins) (cmj) (Entered: 12/21/2006) |
| 01/05/2007 | 5 | Order entered that this action be transferred to the USDC for the District of Columbia as set out. Signed by Judge Kristi K. DuBose on 1/4/07. (copy mailed to plaintiff) (cmj) (Entered: 01/05/2007) |
| 01/05/2007 | | (Court only) ***Civil Case Terminated. (cmj) (Entered: 01/05/2007) |

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

07-57
RWR

**I (a) PLAINTIFFS**

ELMORE S. WELCH

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE N/P

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

**DEFENDANTS**

JEFFREY ATKINS, ETAL

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT ________
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

CASE NUMBER 1:07CV00057

JUDGE: Richard W. Roberts

DECK TYPE: Civil Rights (non-employm

DATE STAMP: 01/11/2007

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ■ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENS** [HIP OF PRINCIPAL PARTIES]
FOR PLAINTIFF

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT

**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

**☐ A. *Antitrust***

- ☐ 410 Antitrust

**☐ B. *Personal Injury/ Malpractice***

- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

**☐ C. *Administrative Agency Review***

- ☐ 151 Medicare Act

Social Security:
- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

Other Statutes
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**☐ D. *Temporary Restraining Order/Preliminary Injunction***

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**☐ E. *General Civil (Other)* OR ☐ F. *Pro Se General Civil***

Real Property
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

Personal Property
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

Bankruptcy
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

Property Rights
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

Federal Tax Suits
- ☐ 870 Taxes (US plaintiff or defendant
- ☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
- ☐ 610 Agriculture
- ☐ 620 Other Food &Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

Other Statutes
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

– 0 –

| ☐ G. *Habeas Corpus/ 2255* | ☐ H. *Employment Discrimination* | ☐ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ☐ K. *Labor/ERISA (non-employment)* | ● L. *Other Civil Rights (non-employment)* | ☐ M. *Contract* | ☐ N. *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>● 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☐ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ● 5 Transferred from another district (specify) USDCSDA ☐ Multi district Litigation ☐ 7Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

**VII. REQUESTED IN COMPLAINT** CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23 **DEMAND $** Check YES only if demanded in complaint **JURY DEMAND:** ☐ YES ● NO

**VIII. RELATED CASE(S) IF ANY** N.F. (See instruction) ☐ YES ■ NO If yes, please complete related case form.

**DATE** 1.11.07 **SIGNATURE OF ATTORNEY OF RECORD** NGD

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd

FILED

JAN 11 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**ELMORE S. WELCH,**

**Plaintiff,**

**v.**

**JEFFREY ATKINS and ANN McCAMEY,**

**Defendants.**

CASE NUMBER 1:07CV00057

JUDGE: Richard W. Roberts

DECK TYPE: Civil Rights (non-employm

DATE STAMP: 01/11/2007

**ORDER**

Plaintiff, proceeding pro se, has filed a complaint which, liberally construed, alleges that the Defendants, clerks to the United States Supreme Court, violated 28 U.S.C. 1983 in connection with his petition for certiorari.[1] For the reasons set forth below, this Court, acting *sua sponte,* transfers this action to the United States District Court for the District of Columbia.

Venue for actions brought under 42 U.S.C. § 1983 is governed by 28 U.S.C. § 1391(b), which provides:

> A civil action wherein jurisdiction is not founded solely on diversity of citizenship may, except as otherwise provided by law, be brought only in (1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a

[1] This Court notes that "[p]ro se pleadings are held to a less stringent standard than pleadings drafted by attorneys and will, therefore, be liberally construed." Tannenbaum v. United States, 148 F.3d 1262, 1263 (11th Cir. 1998). Mr. Welch's complaint describes his legal claim as "The Guide for Prospective Indigent Petitioners for Writ of Certiorari to be filed with the Petition,-Under Rule 33.2 and 34." Essentially, the Plaintiff alleges that the Defendants failed to accept his properly formatted documents submitted to the Supreme Court in violation of the Court's rules (Doc. 1-2 at 1-7). This Court does not address the merits of the Plaintiff's claim.





> substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought.

28 U.S.C. § 1391(b). Additionally, 28 U.S.C. § 1404(a) provides that "[f]or the convenience of the parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or divisions where it might have been brought." The decision to transfer a case is within the discretion of the trial court and is reviewable only for an abuse of discretion. Roofing & Sheet Metal Serv., Inc. v. La Quinta Motor Inns, Inc., 689 F.2d 982 (11th Cir. 1982). A court may raise the issue of venue *sua sponte* and transfer the case without a hearing. Lipofsky v. New York State Workers Comp. Bd., 861 F.2d 1257 (11th Cir. 1988).

This Court finds that because the alleged events or omissions which give rise to this claim, including any witnesses or evidence, are located in Washington, D.C., the proper venue for the Plaintiff's action is in the United States District Court for the District of Columbia.

IT IS ORDERED this 4th day of January, 2007, that the above-entitled action, BE and the SAME HEREBY IS transferred to the United States District Court for the District of Columbia, 333 Constitution Ave, N.W., Washington, DC, 20001.

IT IS FURTHER ORDERED:

1. That the Clerk of this Court shall forward the record of these proceedings to the United States District Court for the District of Columbia; and

2. That the Clerk of this Court shall forward a copy of this Order to pro se Plaintiff and the Defendants.

**DONE** and **ORDERED** this 4th day of January, 2007.

**/S/ Kristi K. DuBose**
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

CLOSED2007

**U.S. District Court**
**Southern District of Alabama (Mobile)**
**CIVIL DOCKET FOR CASE #: 1:06-cv-00822-KD-B**
**Internal Use Only**

Welch v. Atkins et al
Assigned to: Judge Kristi K. DuBose
Referred to: Magistrate Judge Sonja F. Bivins
Cause: 42:1983 Civil Rights Act

Date Filed: 11/29/2006
Date Terminated: 01/05/2007
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Elmore S. Welch, Jr.**

represented by **Elmore S. Welch, Jr.**
141 1/2 Carver Avenue
Atmore, AL 36502
PRO SE

V.

**Defendant**

**Jeffrey Atkins**

**Defendant**

**Ann McCamey**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/29/2006 | 1 | 1983 COMPLAINT against Jeffrey Atkins, Ann McCamey , filed by Elmore S. Welch, Jr.(cmj, ) Additional attachment(s) added on 11/30/2006 (cmj, ). (Entered: 11/30/2006) |
| 11/29/2006 | 2 | Filing fee: $ 350.00, receipt number 5119 (cmj, ) (Entered: 11/30/2006) |
| 11/30/2006 | 3 | Summons Issued as to Jeffrey Atkins, Ann McCamey and mailed to Elmore Welch with a note as to how to serve defendants and requesting complete address on summons (cmj, ) (Entered: 11/30/2006) |
| 12/13/2006 | 4 | RETURN OF SERVICE of summons (one summons has green card attached - the other does not) (maybe pro se plaintiff mailed them together) served 12/8/06 (Attachments: # 1 return - atkins) (cmj) (Entered: 12/21/2006) |
| 01/05/2007 | 5 | Order entered that this action be transferred to the USDC for the District of Columbia as set out. Signed by Judge Kristi K. DuBose on 1/4/07. (copy mailed to plaintiff) (cmj) (Entered: 01/05/2007) |
| 01/05/2007 | | (Court only) ***Civil Case Terminated. (cmj) (Entered: 01/05/2007) |

**APPENDIX A**
**COMPLAINT FORMAT**

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ALABAMA**
ESCAMBIA **DIVISION**

ELMORE S. WELCH JR. :
**Plaintiff** :

**vs.** : **Civil Action No.** 06-822-KD-B

JEFFREY ATKINS
ANN MC CAMEY :
**Defendant** :

**COMPLAINT**
(Double space text of complaint)

(Grounds for jurisdiction)

This action is before court of

1. R-1, R-12, R-28usc§1746, R-33.1 R-33.2, R-34, R-29, R-38, and R-39.

(Show plaintiff's name(s) and residence or address)

2. Elmore s. Welch jr.
141½ carver ave
Atmore, Ala. 36502.

(Show defendant(s) name(s) and address(es))

3. Jeffrey Atkins )
Ann Mc Camey ) Clerks for Court

The SUPREME COURT OF THE U.S.
WASHINGTON, DC 20543-0001

**APPENDIX A (Cont'd)**
**COMPLAINT FORMAT**

(State briefly your legal claim or your reason for filing suit. Include the statue under which the suit is filed.)

The Guide for Prospective Indigent Petitioners for Writ of Certiorari to be filed with the Petition,-Under Rule 33.2 and 34.

(Give a brief, concise statement of the specific facts involved in your case)

Proof of Service was signed placed in Petition file on June 23, 2005 and served by first-class mail to both the Law Firm and The U.S. Supreme Court. (PREPARING A PLEADING).

(State the relief you are requesting.)

$ 500.000.00 Dollars BY THE UNITED STATES DISTRICT COURT TO BE GRANTED. And back pay in accordance to the Contract Policy of $ 300.00 dollars per week and back pay for (RELIEF).

Elmore S. Welch Jr. 11/24/06
(Signature and date), pro se

141½ Carver Ave
(Address) Atmore, Ala 36502

1251-359-1714
(Phone Number)

**APPENDIX B**
**CERTIFICATE OF SERVICE FORMAT**

**CERTIFICATE OF SERVICE**

**I hereby certify that a copy of the foregoing** Elmore S. Welch Jr
(Name of pleading)

**was mailed/delivered to** Jeffrey Atkins Ann McCarney **at** First Street Washing, DC 20543-0001
(Name of defendant(s) or defendant's attorney) (Address)

**on** November 24, **20** 06.

Elmore S. Welch Jr 11/24/06
(Signature and date), pro se

14 1/2 Carver Ave
(Address) Atmore, Ala 36502

1-251-359-1714
(Phone Number)

Table of Contents


| | |
|---|---|
| 1. Grounds for an Appeal | 1-3 |
| 2. Certified Mail and receipt copies for proof | 1 |
| 3. Motion for Leave to Proceed in Forma Puperis | 1 |
| 4. Affidavit or Declaration | 1-5 |
| 5. Proof of Service | 1 |
| 6. Name of Court that Last Ruled on Meets | 1 |
| 7. June 29, 2005 Letter | 1-2 |
| 8. July 6, 2005 Letter | 1 |
| 9. August 3, 2005 Letter | 1 |
| 10. August 16, 2005 Letter | 1 |
| 11. Appendix Referred August 18, 2005 | 1 |
| 12. August 31, 2005 | 1 |
| 13. Serve Notice: to Court (1) | 1 |
| 14. Serve Notice : to Court (2) | 1 |
| 15. Certified Mail Receipt for 8/26/05 | 1 |
| 16. Green Copy Return for Aug. 31, 2005 | 1 |
| 17. September 16, 2005 Letter | 1 |
| 18. Letter from Ann McCamey not signed Jan. 23, 2006 | 1 |
| 19. Letter from Jeffrey Atkins on Nov.17, 2005 | 1 |
| 20. Civil Sommons Attached | 1 |

In The District Court
For The Southern Dist. of Alabama

November 1, 2006

Elmore S. Welch, Jr.
Versus
Jeffrey Atkins
Ann Mc Camey

Docket No.
Civil Case

Grounds for an Appeal from the U.S. Supreme Court to The United States District Court for Southern Dist. of Alabama.

This section is before Court of Rule 1, Rule 12, Rule 28, USC1746, Rule 33., Rule 33.2, Rule 34, Rule 29, Rule 38 and 39.

The U.S. Supreme Court sent copies to the Petitioner pertaining to a guide for prospective indigent petitioners for Writ of certiorari to be filed with the Petition, under rule 33.2 and 34 (Preparing Pleadings on Paper that's 81/2 x 11 inch).

My record will show that these two clerk are in violation of rule1, the clerk.

On June 23, 2005 a complete Writ of Certiorari and Appendix were filed with the Guide for Prospective Indigent Petitioners for Writ of Certiorari to be granted under these rules.

No#1 Motion for leave to proceed in forma Pauperis of Rule 39 was signed and placed in the petition file on June 23, 2005.

No#2 Affidavit or Declaration in support of motion for leave to proceed in forma pauperis, was signed and placed in the petition file on June 23, 2005. Same affidavit or declaration was also sent again in December 8, 2005.

No#3 Proof of Service was signed and placed in Petition file on June 23, 2005 and served by first class mail to both. The Law Firm and The U.S. Supreme Court. Proof of Claim by Certified Mail with the white receipt of June 23, 2005 mailing record is in accordance with Rule 29-Proof of Service.

No#4 Name of Court that last rule on merits of your case, was given with the file of June 23, 2005.

My case was post marked June 23, 2005 but was not adopted by this court, these (4) listing were given by the court, and stated on June 29, 2005. These (4) listings No.1,2,3, and 4 claimed I did not sign my name to these listings. On June 23, 2005, I did sign my name.

Rule 14.1 (g), 14.1 (i), 14.1 (h) and Rule 10 failure to comply with these contents were stated in the Petitioners' file. The Petitioner mailed a notarized letter on July 6, 2005 by Certified Mail to the U.S. Supreme Court to reply to the letter sent on June 29, 2005 by Clerk Jeffrey Atkins.

In a letter from the court dated August 3, 2005, Jeffrey Atkins still stated the Petitioner failed to reflect the changes. There is no paper size discussed in this letter also of a 6 1/8 x 9 ¼ inch, Jeffrey Atkins letter only stated Rule 39 and Rule 14.1 (i). That's on Record with this Court. I want this Dist. court to make sure you pay attention to failure to reflect the changes. Remember we are still on Rule 33.2 and Rule 39, he is nitpicking my case now.

On August 16, 2005, a letter mailed from court by Ann McCamey stated a failure to reflect the changes requested in a prior correspondence, there is no paper size discuss in this letter also of a 6 1/8 x 9 ¼ inch.

An Appendix Reference sheet that I typed on August 18, 2005 was a reference for the complaint made in the August 16th letter that was sent from the Court. This Appendix Reference sheet was not attached to the Petition complaint when court return the Petition, (back) for the August 31, 2005 Letter.

On August 31, 2005, a letter from the court sent by Ann McCamey referred back to the June 29, 2005 letter and indicated if you intend to pay the $300.00 dollar docket fee, the Petition must be in the booklet format on paper that measures 6 1/8 x 9 ¼ inch. The Paper size changed with a blink of an eye with this court. June 29, 2005 letter stated rules 14, 33.2, 33.1 and 39, the Petitioner never intended to pay a $300.00 dollar docket fee, the Petitioner paid for a rehearing of $200.00 dollars. If I intend to pay a $300.00 dollar money order between June 23, 2005 thru August 31, 2005, I would like very much to see that paper work of that transaction from Court. If a $300.00 dollar money order was sent between this time, I have no record of it.

There was no money order involved to be returned to the Petitioner on August 31, 2005, that was a lie from clerk. The letter from court August 16, 2005 the Petitioner stated at the bottom of that letter stated, all changed and correction were made to the Petition for August 16, 2005. When this court file my Petition, I will serve copy to the defendants, filing fee of $300.00 dollar under Rule 38 enclosed. This statements was made pertaining only to Paper Size of 6 1/8 x 9 ¼ inch.

The Petitioner replied back to a letter from court, that was dated August 31, 2005. Concerning statements which are in question of the September 12, 2005 letter that was received by Court on Sept. 16, 2005 at 10:42 time of file.

This court from June 29, 2005 to August 16, 2005 never ordered or stated my Petition was on any wrong size paper for a 6 1/8 x 9 ¼ inch until August 31, 2005. The clerk stated the Petitioner was out of time (according to Rule 14.5) in Paper Size measuring 8 ½ x 11 inch standard for filing with court.

The Petitioner filed a motion and a 6 1/8 x 9 ¼ inch booklet format, with a $300.00 dollar money order enclosed, with a letter stated from the court November 17, 2005 to do so, by Jeffrey Atkins. Ann McCamey received that Petition in court and replied back with a letter of Jan. 23, 2006 and would not state her name by signing her own letter from Court. My action was file under Rule 12, for docket a case.

The U.S. Supreme Court would not adopt their own Petition for Writ of Certiorari form that I completed for them.

These statements are organized with Court letters with the indicated dates and attached with a civil summons.

Done this 22nd day Nov 2006

Elmore S. Welch Jr. Elmore S. Welch Jr

Notary Lucille King Swift

My Commission Expires May 15, 2007

Page 2


ATMORE PO
ATMORE Alabama
365029998
0107830375-0098
06/23/2005 (800)275-8777 09:37:19 AM

Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
| --- | --- | --- | --- |
| BIRMINGHAM AL 35223 | | | $1.75 |
| First-Class | | | |
| Return Receipt (Green Card) | | | $1.75 |
| Certified | | | $2.30 |
| Label Serial #: 70050390000370288743 | | | |
| Issue PVI: | | | $5.80 |
| WASHINGTON DC 20543 | | | $2.21 |
| First-Class | | | |
| Return Receipt (Green Card) | | | $1.75 |
| Certified | | | $2.30 |
| Label Serial #: 70050390000370288750 | | | |
| Issue PVI: | | | $6.26 |
| Total: | | | $12.06 |
| Paid by: | | | |
| Cash | | | $20.10 |
| Change Due: | | | [illegible].04 |

Bill#: 1000200925229
Clerk: 07

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.
Customer Copy


ATMORE PO
ATMORE Alabama
365029998
0107830375-0098
06/23/2005 (800)275-8777 09:30:05 AM

Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
| --- | --- | --- | --- |
| Dom. Money Order 07926055817 | | | $200.00 |
| Domestic Money Order Fee | | | $0.90 |
| Subtotal: | | | $200.90 |
| Total: | | | $200.90 |
| Paid by: | | | |
| Cash | | | $2.01 |
| Cash | | | $201.00 |
| Change Due: | | | $2.11 |

Filing Fee
Return Back

Bill#: 1000200925195
Clerk: 07

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.
Customer Copy


7005 0390 0003 7028 8743

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®
OFFICIAL USE
BIRMINGHAM AL 35223

| | |
| --- | --- |
| Postage | $ $1.75 |
| Certified Fee | $2.30 |
| Return Receipt Fee (Endorsement Required) | $1.75 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $5.80 |

Postmark Here: ATMORE AL 36502 JUN 23 2005; 06/23/2005

Sent To: Lloyd Gray & Whitehead
Street, Apt. No.; or PO Box No.: 2801 20th Place South
City, State, ZIP+4: Birmingham, Al 35223

PS Form 3800, June 2002 See Reverse for Instructions


7005 0390 0003 7028 8750

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®
OFFICIAL USE
WASHINGTON DC 20543

| | |
| --- | --- |
| Postage | $ $2.21 |
| Certified Fee | $2.30 |
| Return Receipt Fee (Endorsement Required) | $1.75 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $6.26 |

Postmark Here: ATMORE AL 36502 JUN 23 2005 USPS; 06/23/2005

Sent To: U.S. Supreme Court
Street, Apt. No.; or PO Box No.: 1 First Street N.E.
City, State, ZIP+4: Washington DC 20543

PS Form 3800, June 2002 See Reverse for Instructions

(#1)

Page 3

No. ____________________

03-0281-WS-B

04-15746-CC

IN THE

SUPREME COURT OF THE UNITED STATES

ELMORE S. WELCH JR. — PETITIONER
(Your Name)

VS.

COMCAR INDUSTRIES, INC.
COASTAL TRANSPORT, INC. — RESPONDENT(S)

MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

The petitioner asks leave to file the attached petition for a writ of certiorari without prepayment of costs and to proceed *in forma pauperis.*

[x] Petitioner has previously been granted leave to proceed *in forma pauperis* in the following court(s):

IN THE SUPREME COURT OF THE UNITED STATES

[x] Petitioner has **not** previously been granted leave to proceed *in forma pauperis* in any other court.

Petitioner's affidavit or declaration in support of this motion is attached hereto.

Elmore S. Welch Jr.
(Signature)

**SUPREME COURT OF THE UNITED STATES**
**OFFICE OF THE CLERK**
**WASHINGTON, DC 20543-0001**

June 29, 2005

THIS IS JUST A TORT CASE
PAY OFF CONTRACT POLICY

Elmore S. Welch
141 1/2 Carver Avenue
Atmore, AL 36502

RE: Elmore S. Welch, Jr. v. Comcar Industries, et al.

THIS COURT NEVER ORDER the Defense to Send there WRIT to the Petitioner to Compare.

Dear Mr. Welch:

The above-entitled petition for writ of certiorari was postmarked June 23, 2005 and received June 29, 2005. The papers are returned for the following reason(s):

1. — No motion for leave to proceed in forma pauperis, signed by the petitioner or by counsel, is attached. Rules 33.2 and 39. The motion must be signed. (#1) Signed it WAS

2. — No notarized affidavit or declaration of indigency is attached. Rule 39. You may use the enclosed form (#2) Signed it WAS

3. — The petition fails to comply with the content requirements of Rule 14, in that the petition does not contain: (#3) Signed   No PROOF OF SERVICE Stated IN YOUR LETTER FOR JUNE 29, 2005

4. — A concise statement of the case. Rule 14.1(g).

5. — The reasons relied on for the allowance of the writ. Rules 10 and 14.1(h).

6. — The appendix to the petition does not contain the following documents required by Rule 14.1(i):

7. — The opinion of the United States district court must be appended for the Southern District of Alabama (dismissal of the case).

Signed it WAS

Please correct and resubmit as soon as possible. Unless the petition is received by this Office in corrected form within 60 days of the date of this letter, the petition will not be filed. Rule 14.5.

you try to Change my CASE to Rule 33.1 IN the Middle of two month

A copy of the corrected petition must be served on opposing counsel.

4. only thing need to be added to Rule 14.1(g) is My Record of — Exhibits Material
1. Employee Benefit Package.
2. My Benefits Enrollment/Change form Contract.
3, my Check Stubs.
4. United States District Judge order
5. An. my medical records, Social Security Records.

If you (intend) to pay the $300.00 docket fee, the petition must be in booklet format and on paper that measures 6 1/8 by 9 1/4 inches. Rule 33.1. Your $200.00 Money Order is herewith returned.

Wrong Proceeding by the Court
Not failure to Reflect on Changes, this Court
had Know LAW
that could order
this change in paper size of a 6 1/8 x 9 1/4 inch

Sincerely,
William K. Suter, Clerk
By: [signature]
Jeffrey Atkins
(202) 479-3263

Mr. Jeffery Atkins you stated if I send you my filing fee of $300.00 my booklet format must be on paper that measure 6/8 by 9 1/4 inch. That not true.
Under Rule 21(c) 22(2) 29(3) 33.(2) 38(a) 39(2)(3)(4) State different,
These Rules don't order are state a pro se petition to enter that Rule of 33.1 a Counsel must state that Issue.

Enclosures

THE SUPREME COURT OF THE UNITED STATES

THE OFFICE OF THE CLERK

WASHINGTON, D.C. 20543-0001.

(July 6, 2005 Letter)

OFFICE OF THE CLERK

RE: Elmore S. Welch Jr. V. Comcar Industries, et al.

Reply back to the June 29, 2005 letter for the following reason(s).

1. Rule 32-39) will be signed.
2. Rule 39) The sum of $300.00 is Enclosed as ordered by the Court.
3. Rule 14) The Petitioner send this Court my proof of material, but was returned.
4. Rule 14.1(g) in concise of this rule of Facts, Proof, Evidence will be place in my Statement of The Case, as EXHIBITS MATERIAL, Staring with these Material.
   1. My Employee Benefit Package.
   2. My Benefits Enrollment/ Change Form, Contract.
   3. My Check Stubs.
   4. My Order from The United States Dist Court Judge.
   5. My Medical Records.
   6. My Social Security Records.
5. Rule 10) is a Fedral Question concern my Contract, on Page (3-1) of The Constitutional and Statutory Provision Involued, will show the Petitioner have taking out a Option Insurance, this is not a States question.
6. Under the Jurisdiction of the States Court there is no file, if you read my WRIT it will show this Case was never file in a State Court, this Case was file within The United States District Court of Mobile, AL. This action is under the Jurisdiction of the Federal Safety Motor Carrier Regulations, of a Third Party Insurance Co.
7. Section Page (7-3)(1-3) will show this Court a Dissmal from The U.S. District Court of Mobile, AL.
   Section Page (8-5)(1-5) will show this Court a Dissmal from the U.S. Court of Appeals of Atlanta GA.

Done this 6 DAY OF July 2005

ELMORE S. WELCH JR. [signature]

NOTARY [signature] My Commission Expires March 14, 2006

Page 9

**SUPREME COURT OF THE UNITED STATES**
**OFFICE OF THE CLERK**
**WASHINGTON, DC 20543-0001**

August 3, 2005

Elmore S. Welch
141 1/2 Carver Avenue
Atmore, AL 36502

RE: Elmore S. Welch, Jr. v. Comcar Industries, et al.

Dear Mr. Welch:

The above-entitled petition for writ of certiorari was originally postmarked June 23, 2005 and received again on August 2, 2005. The papers are returned for the following reason(s):

They are returned for failure to reflect the changes requested in prior correspondence.

No notarized affidavit or declaration of indigency is attached. Rule 39. You may use the enclosed form. A Lie

The appendix to the petition does not contain the following documents required by Rule 14.1(i):

The opinion of the United States district court must be appended for the Southern District of Alabama (October 14, 2004 order of dismissal).

A copy of the corrected petition must be served on opposing counsel.

When making the required corrections to a petition, no change to the substance of the petition may be made.

Sincerely,
William K. Suter, Clerk
By:
Jeffrey Atkins
(202) 479-3263

Enclosures

Page 18

**SUPREME COURT OF THE UNITED STATES**
**OFFICE OF THE CLERK**
**WASHINGTON, DC 20543-0001**

August 16, 2005

Elmore S. Welch
141 1/2 Carver Avenue
Atmore, AL 36502

RE: Elmore S. Welch, Jr. v. Comcar Industries, et al.

Dear Mr. Welch:

The above-entitled petition for writ of certiorari was originally postmarked June 23, 2005 and received again on August 16, 2005. The papers are returned for the following reason(s):

They are returned for failure to reflect the changes requested in prior correspondence.

A copy of the Rules of the Court is enclosed.

Sincerely,
William K. Suter, Clerk
By: [signature]
Ann McCamey
(202) 479-3392

All Changes and Corretion Were made to the Petition. for August 16, 2005 When this Court file my Petition I will serve Copy to the Defendants.
Filing Fee of 300.00 Dollard Under Rule 38 enclosed

Thank you
Elmore S Welch Jr

RECEIVED
AUG 31 2005
OFFICE OF THE CLERK
SUPREME COURT, U.S.

Enclosures

APPENDIX REFERRED

Aug 18, 05

Section 14.1(i) of The U.S. Supreme Court Rule of Subparagraph 1(i).

Specific Reference to the places in Record where the matter appears.


1. Order from Dist Court A Tort Case; January 20,2004. Page 1 6-7
2. Suheduling Order from Dist Court; June 10, 2004.....Page 2 2-6
3. Order from Dist Court, A Recuse for; July 12, 2004..Page 7 1-2
4. Order from Dist Court Dismisses Case; Oct 14, 2004..Page 8 1-3
5. Order from U.S. Appeals Court Dismisses; May 24, 04.Page 9 1-5
6. Statement of Jurisdiction Reply on December 29, 03..Page 10 0-1
7. Serve Notice on Defendant Lawyer on; April 30, 2004.Page 11 0-1
8. Empoyee Benefit Package;...........................Page 12 0-1
9. Social Security Disability Benefits................Page 13 1-2
10 Concar Industries, inc Contract; Febuary 1, 2001....Page 14 0-1
11 Copy of Check Stubs................................Page 15 1-6
12 Copy of W-2 statement form, of wage and taxes.......Page 16 0-1
13 Affidavit or declaration sheet sign for filing......Page 17 1-5

Page 12

**SUPREME COURT OF THE UNITED STATES**
**OFFICE OF THE CLERK**
**WASHINGTON, DC 20543-0001**

August 31, 2005

Elmore S. Welch
141 1/2 Carver Avenue
Atmore, AL 36502

RE: Elmore S. Welch, Jr, v. Comcar Industries, et al.

Dear Mr. Welch:

The above-entitled petition for a writ of certiorari was originally postmarked June 23, 2005 and received again on August 31, 2005. The papers are returned for the following reason(s):

As indicated in the June 29, 2005 letter, if you intend the pay the $300.00 docket fee, the petition must be in booklet format and on paper that measures 6 1/8 by 9 1/4 inches. Your petition is on 8 1/2 by 11 inch paper.

As a corrected petition was not received within 60 days of the June 29, 2005 letter from this Office, the petition is out-of-time. Rule 14.5.

Your $300.00 money order is herewith returned.

2005 SEP 16 A 10:42

Never File A money order between June 23, 2005 to August 31, 2005 That's A Lie.

Sincerely,
William K. Suter, Clerk
By: Ann McCamey
Ann McCamey
(202) ~~479-3392~~

Serve Notice;

Mrs, Ann McCamey.

Letter from Aug 31, 2005. of Rule 14.5 you are off by 1 Calendar day., from sixty days in making my Petition correct from June 29,05 to August 26, 05. Would be 59 days, check your Calendar.days.

The U.S. Supreme Court Booklet State Rule 29 Proof of Service is timely file, my Certified Mail was post mark August 26, 2005.

When Court post A date on a Letter your time start against me, it take five to six days to receive your Letter from the Court, so I lose my filing time, so Rule 29 is for Proof of Service must be in place for the Petition to keep Order of the Court.

Done This 12 Day of September 2005

ELMORE S. WELCH JR. Elmore S. Welch Jr

Enclosures

Notary Tracey M. Hodges My Commission Expires August 17, 2007

Appendix

September 12, 2005



Serve Notice:

At the being of my case I have been Racial Profile of Rule (39.2)(6) Iam being Force to Except in Forma Pauperis in order to have my case file. Now under Rule(12.1)(3) my Petition of Rule(14.1) as All Contents requirements by law and the Appendix Referred to the Subparagraph 1(i).

The Clerk (Ann McCamey) is in Violation of Rule(1) in continue to stage the Petitioner to except a Indigent case to file, what every money I don't have my family will supply in fighting a Tort Case of a Contract Policy, of a Tort Case that speak for it self, if you have a Contract to show.

I object to this line of action I'am not a criminal for you to demand I except Rule(39.2)(6) in order for my Petition to be file,. Black Mail by the Clerks of Court.

The Petition Case was not going to be file by these Clerks anyway, it would have made Know different how many time my Petition was change, I was Racial Profile by the Clerks at the Start, these Clerks reject my Petition five time, but August 26, 2005. All correction was made to the Petition Case. The Clerk could not state know Law that would be improper done, so State the laws if my Petition was Not Proper done, SO, STOP being a cover up to the Law, I Challenge you to AnyLaw in this Book, I'am Calling you out to Interpret the Petition Claim.

The being of my Case the Order of Rule(14). The Content of a Petition for a Writ of Certiorari Rule(33.2) and Rule(39) was place on the Petitioner I never ask this Court to File my Case Under Forma Pauperis, -( Clerk Jeffrey Atkins) had in mind to force me to except Rule(39) telling me I must signed of the June 29, 2005. Letter, this is Rail-roading the Petition of this Rights to Comply with other Rules by the Court.

Now Rule(33.1)or Rule(32.2) shall comply with the following Provisions: of Rule(34.1) Section Stated, Document Preparation: Names of person other than Attorneys admitted to a state bar may not be listed, unless the party is appearing Pro se in which case the party's name, address,and telephone number shall be displayed in an appropriate typographic manner and, except for the identification of counsel, may not be set in type smaller than standard 11-point, if the document is prepared as required by Rule(33.1). and section Rule(34.2).

The Petitioner has a duty right Under Rule(12.3) of a Review on Certiorari: The Petitioner as a right Under Rule(14) to have my Case place on Docket of Rule(29) Proof of Service.

Under Rule(34.1) Clearly show my Petition do not supose to be on any Booklet Format; that measure 6½ by 9¼ the Petition can Not fine Any order or Rule in comply with Both Clerks ORDER

September 12, 2005



Serve Notice:

(a) Clerk, Ann McCamey-in Violation of Rule (1) the Clerk.

(b) Clerk has Prejury her self under Rule (29). by U.S. Certified Mail.

(c) The Clerk, is Not Creditable-the Petitioner has made All Correction Required.

(d) Rule (29) by U.S. Certified Mail will show the date of August 26, 2005.

(e) Clerk, Letter of August 31, 2005. stated that the Petition was out of time:.

(f) This is not the Case. The Petitioner Receipts and Certified Mail Enclosed (indicate) on the 26th of August 2005. - that when the Certification was Posted Under Rule (29).

(g) Proof of Claim-by Certified Mail will show on June 29, 2005 from August 26, 2005. will show A Total of 59 days.

(h) The Petitioner, is on time Under Rule (29). by U.S. Certified Mail.

(i) For Rule 14.5-Please make Correction.

(j) Copy of Rule (29) will be Enclosed of the U.S. Rule Booklet.

(k) Server Notice: I know you are woking with the Defense to Dismiss my Case, I have server ( All)Letter of Transactions from All Courts, was Served by U.S. Certified Mail, of R (29).

Done this 12 day of September 2005.

Elmore s. Welch Jr. [signature]

Notary [signature] My Commission Expires August 17, 2007

Page 15



7005 0390 0002 3859 9363

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

WASHINGTON DC 20543

| | |
|---|---|
| Postage | $ $3.85 |
| Certified Fee | $2.30 |
| Return Receipt Fee (Endorsement Required) | $1.75 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $7.90 |

Postmark Here



Sent To: Supreme Court of the U.S

Street, Apt. No.; or PO Box No.: Washington, DC

City, State, ZIP+4: 20543-0001

PS Form 3800, June 2002 — See Reverse for Instructions

Page 16

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (*Printed Name*)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

RECEIVED
AUG 3 1 2006
OFFICE OF THE CLERK
SUPREME COURT, U.S.

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

0390 0002 3859 9363

eturn Receipt 102595-02-M-1540

**SUPREME COURT OF THE UNITED STATES**
**OFFICE OF THE CLERK**
**WASHINGTON, DC 20543-0001**

September 16, 2005

Elmore S. Welch
141 1/2 Carver Avenue
Atmore, AL 36502

RE: Elmore S. Welch, Jr. v. Comcar Industries, et al.

Dear Mr. Welch:

The above-entitled petition for writ of certiorari was originally postmarked June 23, 2005 and received again on September 16, 2005. The papers are returned for the following reason(s):

For the reasons stated in the August 31, 2005 letter from this Office. In particular, the petition was not submitted in booklet format on paper that measures 6 1/8 by 9 1/4 inches. Your petition was returned for failure to comply with the Rules, not because you exceeded the 60 days given to you to make corrections.

This Statement show there was Not anything wrong with my petition on Rules 14. Section of contents, this court just would not filed by case on a 8 1/2 X 11 inch (paper)

Sincerely,
William K. Suter, Clerk
By: [signature]
Ann McCamey
(202) 479-3392

McCamey, Clerk;
The petitioner, Response (for) Aug. 31-2005 Letter for the measures 6 1/8 by 9 1/4 Inches.
I, with draw my money order filing fee of $300.00.
Done this 20 day of october 2005
E.S. Welch JR, petitioner [signature]

Enclosures

Notary [signature: Tracey M. Hodgen]
My Commission Expires August 17, 2007

RECEIVED
OCT [illegible]
[illegible]

Page 18

**SUPREME COURT OF THE UNITED STATES**
**OFFICE OF THE CLERK**
**WASHINGTON, DC 20543-0001**

January 23, 2006

DATE WAS Not Change FoR Feb 2, 2006 COURT TamPERING by ClerK:

Elmore S. Welch
141 1/2 Carver Avenue
Atmore, AL 36502

RE: Elmore S. Welch, Jr. v. Comcar Industries, et al.

Dear Mr. Welch:

The above-entitled petition for writ of certiorari was received January 23, 2006. The papers are returned for the following reason(s):

For the reasons indicated in prior correspondence. In particular, please refer to the [illegible]

Sincerely,
William K. Suter, Clerk
By:

Ann McCamey
(202) 479-3392

Not SigN by ClerK: ANN McCamey

Enclosures

Page 19

SUPREME COURT OF THE UNITED STATES
OFFICE OF THE CLERK
WASHINGTON, DC 20543-0001

November 17, 2005

Elmore S. Welch
141 1/2 Carver Avenue
Atmore, AL 36502

RE: Elmore S. Welch, Jr. v. Comcar Industries, et al.

Dear Mr. Welch:

The papers pertaining to the above-entitled case received November 17, 2005 are herewith returned. If you are seeking to file a motion to direct the Clerk to file a petition for a writ of certiorari under Rule 14.5, you must submit the motion with the petition for a writ of certiorari.

Sincerely,
William K. Suter, Clerk
By: Jeffrey Atkins
Jeffrey Atkins
(202) 479-3263

This Affidavit motion for leave to proceed in forma pauperis, Want given on August 18, 2005 in my petition of the Ref-order of page 17-1-5 I have know trust in you as a Clerk.

Enclosures

(#2)

Page 4
Page 1-5

## AFFIDAVIT OR DECLARATION
## IN SUPPORT OF MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

I, [signature] am the petitioner in the above-entitled case. In support of my motion to proceed *in forma pauperis*, I state that because of my poverty I am unable to pay the costs of this case or to give security therefor; and I believe I am entitled to redress.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| **Income source** | **Average monthly amount during the past 12 months** | | **Amount expected next month** | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Self-employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Income from real property (such as rental income) | $ 0 | $ 0 | $ 0 | $ 0 |
| Interest and dividends | $ 0 | $ 0 | $ 0 | $ 0 |
| Gifts | $ 0 | $ 0 | $ 0 | $ 0 |
| Alimony | $ 0 | $ 0 | $ 0 | $ 0 |
| Child Support | $ 150 | $ 0 | $ 150 | $ 0 |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ 0 | $ 0 | $ 0 |
| Disability (such as social security, insurance payments) | $ 517.00 | $ | $ 517.00 | $ 0 |
| Unemployment payments | $ 0 | $ 0 | $ 0 | $ 0 |
| Public-assistance (such as welfare) | $ 0 | $ 0 | $ 0 | $ 0 |
| Other (specify): none | $ 0 | $ 0 | $ 0 | $ 0 |
| **Total monthly income:** | $ 517.00 | $ | $ 517.00 | $ 0 |

2. List your employment history for the past two years, most recent first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| Costal Trucking | 322 GRANGE ROAD | Dec 12, 2001 | $ 2600-2700 |
| FEE TRAP | Houston, Texsa | Sept 15, 2000 | $ 1500-1700 |
| Edward Chadbourne | Pensacola, Fla | 1996-1997 | $ 4000 |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |

4. How much cash do you and your spouse have? $ 0
Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| 0 | Saving | $ 0 | $ 0 |
| | | $ | $ |
| | | $ | $ |

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

☐ Home
Value 0

☐ Other real estate
Value 0

☐ Motor Vehicle #1
Year, make & model Chev Truck 1988
Value 4,000

☐ Motor Vehicle #2
Year, make & model 0
Value

☐ Other assets
Description none
Value

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| 0 | $ 0 | $ 0 |
| | $ | $ |
| | $ | $ |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| Elmo Cage | Son | 14 |
| | | |
| | | |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home)<br>Are real estate taxes included? ☐ yes ☒ no<br>Is property insurance included? ☐ yes ☒ no | $ 200 | $ 0 |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 0 | $ 0 |
| Home maintenance (repairs and upkeep) | $ 40.00 | $ 0 |
| Food | $ 120.00 | $ 0 |
| Clothing | $ 40.00 | $ 0 |
| Laundry and dry-cleaning | $ 10.00 | $ 0 |
| Medical and dental expenses | $ 80.00 | $ 0 |

| | | |
|---|---|---|
| Transportation (not including motor vehicle payments) | $ 0 | $ 0 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ 0 |
| Insurance (not deducted from wages or included in mortgage payments) | | |
| Homeowner's or renter's | $ 200.00 | $ 0 |
| Life | $ 20.00 | $ 0 |
| Health | $ 0 | $ 0 |
| Motor Vehicle | $ 40.00 | $ 0 |
| Other: 0 | $ 0 | $ 0 |
| Taxes (not deducted from wages or included in mortgage payments) (specify): none | $ 0 | $ 0 |
| Installment payments | | |
| Motor Vehicle | $ 0 | $ 0 |
| Credit card(s) | $ 0 | $ 0 |
| Department store(s) | $ 0 | $ 0 |
| Other: 0 | $ 0 | $ 0 |
| Alimony, maintenance, and support paid to others | $ 150.00 | $ 0 |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ 0 | $ 0 |
| Other (specify): none | $ 0 | $ 0 |
| **Total monthly expenses:** | $ 410.00 | $ 0 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

☐ yes ☒ no If yes, describe on an attached sheet.

10. Have you paid – or will you be paying – an attorney any money for services in connection with this case, including the completion of this form? ☒ yes ☐ no

If yes, how much? Have No Idea

If yes, state the attorney's name, address, and telephone number:
Do.. not Have No Idea

11. Have you paid – or will you be paying – anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

☐ yes ☒ no

If yes, how much? No One

If yes, state the person's name, address, and telephone number:

12. Provide any other information that will help explain why you cannot pay the costs of this case.
Because I am Disability do So,

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 18, ~~19~~ 2005

Elmore S Welch Jr
(Signature)

(#3)

Page 5

No. ______________

03-CV0281-B
04-15746-C

IN THE

SUPREME COURT OF THE UNITED STATES

ELMORE S. WELCH JR. — PETITIONER
(Your Name)

VS.

COMCAR INDUSTRIES, INC
COASTAL TRANSPORT, INC., — RESPONDENT(S)

## PROOF OF SERVICE

I, ELMORE S. WELCH JR., do swear or declare that on this date, June 25, 20 05, as required by Supreme Court Rule 29 I have served the enclosed MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS* and PETITION FOR A WRIT OF CERTIORARI on each party to the above proceeding or that party's counsel, and on every other person required to be served, by depositing an envelope containing the above documents in the United States mail properly addressed to each of them and with first-class postage prepaid, or by delivery to a third-party commercial carrier for delivery within 3 calendar days.

The names and addresses of those served are as follows:

Counsel for Comcar Industries, Inc and Coastal Transport, Inc

Mr. Thomas J. Skinner, IV; Mr. Carl K. Dowdey, III

Lloyd, Gray & Whitehead, P.C. 2501 20th Place South, Suite 300
Birmingham, Alabama 35223

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 23, 20 05

(Signature)

(#4)

Page 6

No. ____________

03-0281-WS-B
NO. 04-15746-cc

IN THE

SUPREME COURT OF THE UNITED STATES

ELMORE S. WELCH JR. — PETITIONER
(Your Name)

vs.

COMCAR INDUSTRIES, INC.
COASTAL TRANSPORT, INC., — RESPONDENT(S)

ON PETITION FOR A WRIT OF CERTIORARI TO

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
(NAME OF COURT THAT LAST RULED ON MERITS OF YOUR CASE)

PETITION FOR WRIT OF CERTIORARI

ELMORE S. WELCH JR.
(Your Name)

141½ Carver Ave.
(Address)

Atmore, Alabama 36502
(City, State, Zip Code)

1-(251)-368-9213
(Phone Number)

Court Name: Southern District of Alabama
Division: 1
Receipt Number: 46031005119
Cashier ID: Kennedy
Transaction Date: 11/29/2006
Payer Name: Elmore Welch, Jr.

---

CIVIL FILING FEE
For: Elmore Welch, Jr.
Amount: $350.00

---

MONEY ORDER
Remitter: Elmore Welch, Jr.
Check/Money Order Num: 09054108347
Amt Tendered: $200.00
MONEY ORDER
Remitter: Elmore Welch, Jr.
Check/Money Order Num: 09054108167
Amt Tendered: $150.00

---

Total Due: $350.00
Total Tendered: $350.00
Change Amt: $0.00

cv 06-822

Court Name: Southern District of Alabama
Division: 1
Receipt Number: 46031005119
Cashier ID: Kennedy
Transaction Date: 11/29/2006
Payer Name: Elmore Welch, Jr.

---

CIVIL FILING FEE
For: Elmore Welch, Jr.
Amount: $350.00

---

MONEY ORDER
Remitter: Elmore Welch, Jr.
Check/Money Order Num: 09054108347
Amt Tendered: $200.00
MONEY ORDER
Remitter: Elmore Welch, Jr.
Check/Money Order Num: 09054108167
Amt Tendered: $150.00

---

Total Due: $350.00
Total Tendered: $350.00
Change Amt: $0.00

cv 06-822

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of ALABAMA

ELMORE S. WELCH, JR.

V.

JEFFREY ATKINS and
ANN McCAMEY

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-822-KD-B

TO: (Name and address of Defendant)

Jeffrey Atkins

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Elmore S. Welch, Jr. (Pro Se)
141 1/2 Carver Avenue
Atmore, AL 36502

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**CHARLES R. DIARD, JR.**
CLERK

Nov. 30, 2006
DATE

Cathi M Jennings
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of ALABAMA

ELMORE S. WELCH, JR.

**SUMMONS IN A CIVIL CASE**

V.

JEFFREY ATKINS and
ANN McCAMEY

CASE NUMBER: 06-822-KD-B

TO: (Name and address of Defendant)

Ann McCamey

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Elmore S. Welch, Jr. (Pro Se)
141 1/2 Carver Avenue
Atmore, AL 36502

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**CHARLES R. DIARD, JR.**
CLERK

Nov. 30, 2006
DATE

Cathi M. Jennings
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE November 24, 2006 |
|---|---|
| NAME OF SERVER (PRINT) ELMore S. WeLch JR. | TITLE Civil Summons Action |

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served: The Supreme Court of The United States First Street

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: the Supreme Court Office

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12-08-2006
Date

Elmore S. Welch Jr.
Signature of Server

14 1/2 Carver Ave Atmore, AL 36502
Address of Server

FILED DEC 13 '06 PM 12:48 USDCALS

As to who may serve a summons see Rule 4 of the Fed

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Supreme Court of the United States
First Street
Washington. DC 20543000

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

RECEIVED
DEC 8 - 2006
OFFICE OF THE CLERK
SUPREME COURT, U.S.

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label) 7006 0810 0005 0364 0170

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE November 24, 2006 |
|---|---|
| NAME OF SERVER (PRINT) Elmore S. Welch JR | TITLE Civil Summons Action |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: The Supreme Court of The United States First Street

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: The Supreme Court office

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12-08-2006
Date

Elmore S. Welch Jr.
Signature of Server

14 1/2 Carver Ave Atmore, Al 36502
Address of Server

FILED DEC 13 '06 PM12:48 USDCALS

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.