UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELMORE S. WELCH JR
    PLAINTIFF
-V-
JEFFREY ATKINS AND
ANN MCCANEY
    DEFENDANTS

CIVIL ACTION NO. 06-822 KD-B
07-0057 RWR

RECEIVED
APR - 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PLAINTIFF MOTION TO DISMISS
THE DEPT OF JUSTICE MEMORANDUM
OF LAW

On Jan. 11, 2007 a letter came from the U.S. District Court of Columbia, stated if any subsequent pleadings filed, must contain both our civil action number. Those Justice only used one civil case number 07-0057 to the court.

( On Statement 1)

The Justice stated a ruling by the Eleventh Circuit Court of Paragraph 1 page 2. The rule for that Statement above is the U.S. Supreme Court, state primary concern of Supreme Court is not correct errors in lower court decision, but to decide case presenting issues of importance beyond the particular fact.

( On Statement 2 )

The correct issue fall on paper size of the court, paragraph 2 page 2.

( On Statement 3 )

The U.S. Supreme Court Clerks must be Bonded in order to work in the U.S. Supreme Court, they are not above absolute inumity.. Know one is free from justice in the U.S. not you as well, when you can use your job to cover up a Criminal Act by the Clerk's, you can not substitution the U.S, if you are Bonded too lose your Benefit by law.

( On Statement 4 )

I Elmore s. Welch Jr. State if these three Justice make any more false statement concern my case, I ask that the U.S. District Court serve a civil summons for the record on these green cards dates, by the U.S. Marshal to be served for records.

( On Statement 5 )

I submit these four copys of the green cards to show the Justice Dept. was served under Rule 29, and section 28 U.S.C. of 1746

Done this __29__ day of __Mar__ 2007

Elmore S. Welch Jr.    *Elmore S Welch Jr*

Notary

*Tracy M. Hodger*

My Commission Expires August 17, 2007

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

Department of Justice
950 Pennsylvania Ave NW
Washington, DC
20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
NOV 1 5 2005

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Article Number (Transfer from service label): 7005 0390 0002 3861 4417

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

I Elmore S. Welch Jr, state if these three Justic make any more false statement concern my case, I ask that the U.S. District court serve a civil summons for the record of these dates, concerning this matter relates to page 4 paragraph (1) of the Justic Dismissing of my case request by the court.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney Gen.
Dept. of Justic
950 Pennsylvania
Ave, NW Wash DC
20543-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
AUG 0 7

D. Is delivery address different from item 1? ☒ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 3110 0004 5561 9926    2

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The US Dept of Justice
Constitution Ave
10th N.W.
Washington, DC.
20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Ernest L Parks
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
MAR 1 4 2006

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

Article Number
(Transfer from service label)

3

Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon:
Attorney Gen,
950 Pennsylvania
Ave. Washington DC
20543-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
AUG 2 8 2006

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7006 0100 0003 8970 6458    4

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540