UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELMORE S. WELCH, Jr.,            )
                                 )
            Plaintiff,           )
                                 )
-v-                              )   Civil Action No. 07-0057 RWR
                                 )
JEFFREY ATKINS and               )
ANN McCAMEY,                     )
            Defendants.          )
_____)

REPLY MEMORANDUM IN SUPPORT
OF DEFENDANTS' MOTION TO DISMISS

    The pro se plaintiff has filed a document that he has

captioned "Plaintiff [sic] Motion To Dismiss The Dept of Justice

Memorandum Of Law."  This document is, in fact, an opposition to

the defendants' motion to dismiss, and we treat it as such.

Plaintiff's very brief filing does not advance any argument that

counsels against dismissal of this action.  The motion to dismiss

should, therefore, be granted.

                        Respectfully submitted,

                        JEFFREY A. TAYLOR, D.C. Bar #498610
                        United States Attorney

                        RUDOLPH CONTRERAS, DC Bar #434122
                        Assistant United States Attorney
                                /s/
                        FRED E. HAYNES, DC Bar #165654
                        Assistant United States Attorney
                        555 4th Street, N.W., Room E-4110
                        Washington, D.C. 20530
                        202.514.7201

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 4th day of April, 2007, a copy

of the foregoing reply memorandum in support of defendants'

motion to dismiss was served by first-class mail, postage

prepaid, on:

>            Elmore S. Welch, Jr.
>            141 ½ Carver Avenue
>            Atmore, Alabama 36502

>                          /s/
>            Fred E. Haynes, D.C. Bar # 165654
>            Assistant United States Attorney
>            555 4th Street, N.W., Room E-4110
>            Washington, D.C. 20530