UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELMORE S. WELCH, Jr., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -v- ) | Civil Action No. 07-0057 RWR |
| ) | |
| JEFFREY ATKINS and ) | |
| ANN McCAMEY, ) | |
| Defendants. ) | |
| ) | |

OPPOSITION TO PLAINTIFF'S
MOTION TO FILE A MEMORANDUM

Plaintiff has filed a motion captioned "Motion to File a Memorandum." Since the relief sought by this motion is not clear, defendants oppose it. See Fed. R. Civ. P. 7(b) (requirements for motions). Attached hereto is a draft order reflecting the requested relief.

    Respectfully submitted,

    JEFFREY A. TAYLOR, D.C. Bar #458610
    United States Attorney

    RUDOLPH CONTRERAS, DC Bar #434122
    Assistant United States Attorney
        /s/
    FRED E. HAYNES, DC Bar #165654
    Assistant United States Attorney
    555 4th Street, N.W., Room E-4110
    Washington, D.C. 20530
    202.514.7201

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

ELMORE S. WELCH, JR.,         )
                              )
          Plaintiff,          )
                              )
    -v-                       )   Civil Action No. 07-0057 RWR
                              )
JEFFREY ATKINS and            )
ANN McCAMEY,                  )
          Defendants.         )
_____)
```

<u>ORDER</u>

UPON CONSIDERATION of plaintiff's "Motion to File a Memorandum," and the record in this case, it is this _____ day of _____, 2007,

ORDERED that the motion is denied.

                                       UNITED STATES DISTRICT JUDGE

Copies to the pro se plaintiff
and to counsel for defendants.

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 22nd day of October, 2007, a copy of the foregoing Opposition to the Motion to File a Motion was served by first-class mail, postage prepaid, on:

>Elmore S. Welch, Jr.
>141 ½ Carver Avenue
>Atmore, Alabama 36502

>/s/
>Fred E. Haynes, D.C. Bar # 165654
>Assistant United States Attorney
>555 4th Street, N.W., Room E-4110
>Washington, D.C. 20530