UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
ELMORE S. WELCH, JR.,          )
                               )
        Plaintiff,             )
                               )
        v.                     )   Civil Action No. 07-0057 (RWR)
                               )
JEFFREY ATKINS, and            )
ANN MCCAMEY,                   )
                               )
        Defendants.            )
_____)
```

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it hereby

ORDERED that defendants' motion [2] to dismiss the complaint be, and hereby is, GRANTED. The complaint is DISMISSED. It is further

ORDERED that plaintiff's motion [6] for leave to file be, and hereby is, DENIED as moot.

This is a final, appealable order.

SIGNED this 26th day of October, 2007.

```
                          _____/s/_____
                          RICHARD W. ROBERTS
                          United States District Judge
```